Form ntcabuse

## UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia

Case No.:  11–34878–DOT
Chapter:  7
Judge:  Douglas O. Tice Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Larry James Peyton
  3100 Heather Ridge Drive
  Henrico, VA 23231

Social Security / Individual Taxpayer ID No.:
  xxx–xx–3148

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

As required by 11 U.S.C. Sec. 704(b)(1)(A), the United States Trustee has reviewed all of the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. Sec. 707(b)(2)(A), and, pursuant to 11 U.S.C. Sec. 704(b)(2), the United States Trustee determines that: (1) the debtor's(s') case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's(s') current monthly income, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B).As required by 11 U.S.C. Sec. 704(b)(2), the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under 11 U.S.C. Sec. 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate.Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Sec. 707(b)(2)(B) Filed by Shannon Franklin Pecoraro of Office of the U.S. Trustee on behalf of W. Clarkson McDow, Jr. 11 (Pecoraro, Shannon)

Dated: 9/19/11

United States Trustee

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 11-34878-DOT
Larry James Peyton                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: kobusk          Page 1 of 1          Date Rcvd: Sep 19, 2011
                             Form ID: ntcabuse      Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2011.
db          +Larry James Peyton,   3100 Heather Ridge Drive,   Henrico, VA 23231-8940
10606413    +Aqua Finance Inc,   1 Corporate Dr,   Suite 300,   Wausau, WI 54401-1724
10606414     Beneficial,   PO Box 17574,   Baltimore, MD 21297-1574
10606415    +Beta Finance,   PO Box 660232,   Indianapolis, IN 46266-0232
10606416    +Chase,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
10606419    +Doreen Peyton,   3100 Heather Ridge Drive,   Henrico, VA 23231-8940
10606420    +Dyck Oneal Inc,   15301 Spectrum Dr,   Addison, TX 75001-6436
10606421     Dyck-O'Neal, Inc.,   15301 Spectrum Drive,   Suite 450,   Addison, TX 75001-6436
10616928     Dyck-O'Neal, Inc.,   PO Box 13370,   Arlington, TX 76094-0370
10606422     First American Loss Mitigation,   PO Box 961246,   Fort Worth, TX 76161-0246
10606424    +Hb Fsb,   Attn: Bankruptcy,   Po Box 3425,   Buffalo, NY 14240-3425
10606425    +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
10606427    +Santander Consumer Usa,   8585 N Stemmons Fwy Ste 1100-N,   Dallas, TX 75247-3822
10606428    +Spinella, Owings & Shaia,   8550 Mayland Dr.,   Richmond, VA 23294-4704
10606429   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Co,   Toyota Financial Services,   Po Box 8026,
               Cedar Rapids, IA 52408-0000)
10606430    +Weisfield Jewelers,   Attn: Bankruptcy,   Po Box 3680,   Akron, OH 44309-3680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10606417    +E-mail/Text: jcoffey@landorinternational.com Sep 20 2011 03:11:14      Colonial Crossings,
             4050 Inslake Drive,   Glen Allen, VA 23060-3327
10606418    +E-mail/Text: bankruptcy@dss.virginia.gov Sep 20 2011 03:13:19      Division of Chid Support Enfor,
             Henrico District Office,   1610 Forest Avenue, Ste 200,   Henrico, VA 23229-5009
10616928     E-mail/Text: lweidhaas@dyckoneal.com Sep 20 2011 03:28:13      Dyck-O'Neal, Inc.,   PO Box 13370,
             Arlington, TX  76094-0370
10606423     E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2011 03:48:38      Green Tree Servicing L,
             332 Minnesota St Ste 610,   Saint Paul, MN 55101-0000
10606426     E-mail/Text: ebnsterling@weltman.com Sep 20 2011 03:10:00      Kay Jewelers,   PO Box 740425,
             Cincinnati, OH 45274-0425
                                                                            TOTAL: 5


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Dyck-O'Neal, Inc.,   PO Box 13370,   Arlington, TX 76094-0370
                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 21, 2011**                    **Signature:** _Joseph Speetjens_